SUBJECT: THE STRATEGIC DISMANTLING OF THE INMATE GRIEVANCE SYSTEM BY MANIPULATIVE TDCJ EMPLOYEES, TO INFLUENCE AN UNBALANCED SYSTEM & TOTAL ABUSE OF POWER & AUTHORITY.
AN OBVIOUS CONFLICT OF INTEREST BETWEEN TDCJ & THE OMBUDSMAN DEPT.

ADDRESS: United States District Court
(Southern District)
Houston Division
P.O. Box 61010
Houston, TX. 77208

United States Courts
Southern District of Texas
FILED
JAN 19 2023
Nathan Ochsner, Clerk of Court

DEAR District Clerk,

DECEMBER 31, 2022

    SIR / MADAM, MY APOLOGIES FOR DISTURBING YOUR IMPORTANT BUSINESS MATTERS ESPECIALLY DURING THE HOLIDAY SEASON, BUT I WOULD LIKE TO HAVE THE PRIVILEGE OF YOUR TIME PERTAINING TO AN IMPORTANT DILEMMA. MY NAME IS PARREN SMITH AND EARLIER THIS YEAR, IN JULY 2022, I PERSONALLY WROTE A LETTER TO SEVERAL PUBLIC ENTITIES REGARDING MULTIPLE VIOLATIONS & OFFENSES I UNWILLINGLY SUFFERED FROM SEVERAL TDCJ OFFICERS WHILE IN CUSTODY ON HAMILTON UNIT IN BRYAN, TEXAS. THIS ISSUE STILL HAS NOT BEEN RESOLVED. NEXT, I ATTEMPTED TO CONTACT THE PRISON OMBUDSMAN DEPT. BUT THE OMBUDSMAN ABSOLUTELY FAILED TO BE OF ANY ASSISTANCE TO ME, MY ATTORNEY, OR MY FAMILY, UNFORTUNATELY. THE ONLY ASSISTANCE THE OMBUDSMAN OFFERED TO ME WAS A SMALL PIECE OF PAPER DIRECTING ME TO THE INMATE GRIEVANCE PROCESS, WHICH IS CURRENTLY BEING DISMANTLED, FUNCTIONING IMPROPERLY BY INEXPERIENCED TDC OFFICIALS, WHICH IS HINDERING ALL LAWFUL PROGRESS FORWARD FOR EVERY TDC INMATE DEPENDING ON THE FAIR INTERVENTION OF THE INMATE GRIEVANCE PROCESS.

    SIR / MA'AM WITH ALL DO RESPECT, I'M IN DIRE NEED OF ANOTHER EXTERNAL OR INDEPENDENT OPERATION BESIDES THE TDCJ / OMBUDSMAN ASSOCIATION BECAUSE THE CURRENT INMATE GRIEVANCE SYSTEM IS SLOWLY LOSING ALL CREDIBILITY, INTEGRITY, AND DIGNITY. THE FAIR INTERVENTION OF THE INMATE GRIEVANCE SYSTEM PROCESS CURRENTLY IS WITHOUT MERIT WHILE FLAGRANTLY BEING NEGLECTED, IGNORED AND DISREGARDED BY THE TDCJ EMPLOYEES MANAGING THE INVESTIGATION GRIEVANCE PROCEDURE FOR ALL INMATES IN TDCJ. THESE DELIBERATE ACTIONS ARE CONSEQUENTLY LEAVING ALL INMATES AND MYSELF AT A COMPLETE DISADVANTAGE UNFORTUNATELY, AGAINST AN UNFAIR POWER STRUCTURE. THE GENERAL AND STANDARD PRINCIPLE OF " ACCOUTABILITY " IS VOID FOR THE MAJORITY OF TDCJ EMPLOYEES, IN A SUPREMELY FLAWED SYSTEM. THE CONTRADICTION OF ENDLESS RULES, REGULATIONS, POLICIES, CODES, & DECREES IMPLEMENTED TO MAINTAIN INMATES WITHIN A CONTROLLED ENVIRONMENT, CAN'T BE MONITORED AGAINST RETALIATION, HARASSMENT, AND UNNECESSARY VINDICTIVE TACTICS DAILY USED BY EMOTIONAL PRISON CORRECTIONAL OFFICERS, WITHOUT AN OFFICIAL AND RELIABLE INMATE GRIEVANCE REPORT SYSTEM.

    AT THIS MOMENT, I PERSONALLY HAVE HAD 2 GRIEVANCES ( # 2022114860 & #2022119375 ) PURPOSEFULLY DESTROYED, VANISHED, AND NOT PROCESSED CORRECTLY AS AN ATTEMPT BY DECEPTIVE & MANIPULATIVE TDCJ EMPLOYEES, TO HIDE MULTIPLE GRIEVANCES THAT I HAVE WRITTEN. I HAVE OFFICIAL DOCUMENTS, SIGNATURES, AND EVIDENCE TO PROVE ALL THESE FACTS TO BE TRUE. OTHER INMATES ALSO IN TDC ARE HAVING THESE SAME DISHONEST MANEUVERS USED AGAINST THEM, WHILE LOSING FAITH AND TRUST IN A DAMAGED INMATE GRIEVANCE PROCESS. THEREFORE THE PRIMARY REASON WHY THE TDC EMPLOYEES ARE INTENTIONALLY TRYING TO MAKE GRIEVANCE# 2022119375 CEASE TO EXIST AND CONCEAL IT, IS BECAUSE THE CHARGING OFFICER RESPONSIBLE FOR WRITING THE SUPERFICIAL & FRAUDULENT DISCIPLINARY CASE# 20220181460 AGAINST ME, INTENTIONALLY LIED TO RETALIATE AGAINST ME BECAUSE I WROTE GRIEVANCES EXPOSING THEIR CORRUPTION, DECEIT, AND MALICE. AFTER 15 YEARS INCARCERATED, I FINALLY EARNED MY PAROLE, BUT A TDC OFFICER WAS ALLOWED TO WRITE A FRIVILOUS DISCIPLINARY CASE AGAINST ME ACCUSING ME OF HAVING AN EXTRA SHIRT!!! AN EXTRA SHIRT IS CONSIDERED CONTRABAND IN THE TDC HANDBOOK!!! I DID NOT HAVE ANY......

... I DID NOT HAVE ANY DRUGS, WEAPONS, OR A CELL PHONE IN MY POSSESSION BECAUSE THAT IS'NT WHO I AM. THE OFFICER WROTE ME A BOGUS DISCIPLINARY CASE FOR BEING IN POSSESSION OF AN EXTRA SHIRT AND CLOTHES, AND THIS CASE INEVITABLY HAD MY PAROLE REVOKED, MAKING THIS A CRISIS FOR MY SON, MY MOTHER & FATHER, AND MYSELF. THE GRIEVANCE I WROTE IN JULY APPEALING THIS SPECIFIC DISCIPLINARY CASE HAS SUDDENLY DISAPPEARED, WITHOUT BEING PROCESSED CORRECTLY IN ACCORD WITH THE TDCJ GRIEVANCE POLICY.

SIR / MADAM, I HAVE WRITTEN THE OMBUDSMAN SEVERAL LETTERS LETTERS REGARDING THIS MATTER BUT THE OMBUDSMAN IS OF NO ASSISTANCE. THIS IS ANOTHER REASON WHY THE CONNECTION OF TDCJ AND THE OMBUDSMAN COMMISSION IS 99% NON-EFFECTIVE FOR TDCJ INMATES TO HAVE TRUST IN TO ALLEVIATE BASIC PROBLEMS, ISSUES, AND DILEMMAS THAT ARE OF IMPORTANCE AND THAT NEED TO BE RESOLVED WITHOUT THE BIAS INTERFERENCE OF TDCJ OFFICIALS OR THE ABUSE OF THE ABUSE OF POWER AND AUTHORITY BY TDCJ SUPERIORS. I WOULD APPRECIATE IF YOU WILL ASSIST ME WITH THIS MATTER SO THE MORAL EQUITY CAN BE RESTORED BACK TO THE COMMON STRUCTURE OF THE TDCJ HALLMARK, WHICH IS THE FAIR INTERVENTION OF THE INMATE GRIEVANCE PROCESS. I'M GRATEFUL FOR THE GIFT OF YOUR TIME AND UNDERSTANDING. THANK YOU & GOD BLESS YOU AND YOUR FAMILY DURING THIS HOLIDAY SEASON.

RESPECTFULLY SUBMITTED,

*/s/ Parren Smith*

PARREN SMITH
LEWIS UNIT
TDC# 1542797
777 FM 3497
WOODVILLE, TX. 75990

| Step 1 | Grievance # | Offender Name | TDCJ # | Unit |
|---|---|---|---|---|
| Step 2 | 2022119375 | SMITH,PARREN | 1542797 | GL |

HS-J1/11

# Texas Department of Criminal Justice

## NOTICE OF EXTENSION

## Offender Grievance Office

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☒ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

J. Riley                                              8/26/2022

_____        _____
Name and Title                                          Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

Offender Grievance Operations Manual
Appendix M



\* THIS IS A USELESS DOCUMENT I WAS GIVEN IN SEPT. 2022 BY THE TDCJ GRIEVANCE DEPARTMENT FOR GRIEVANCE # 2022119375 THAT IS 6 MONTHS OVERDUE AND EXPIRED. TDC REFUSES TO RETURN BACK THE ORIGINAL GRIEVANCE I WROTE IN JUNE 2022 BECAUSE THEY DO NOT WANT ME TO HAVE ACCESS TO THE GRIEVANCE # 2022119375 AND GRIEVANCE # 2022114860 FOR EVIDENCE FOR MY 1983 CONSTITUTIONAL CIVIL RIGHTS COMPLAINT, I NEED BOTH GRIEVANCES TO PRESENT MY COMPLAINT TO THE FEDERAL COURTS.



# Texas Board of Criminal Justice

*The Office of the Independent Ombudsman, is committed to providing the public, elected or appointed state officials, and inmates a confidential avenue for complaint resolution by receiving, reviewing, investigating, and responding to inquiries regarding non-criminal matters within the Texas Department of Criminal Justice.*

Patrick L. O'Daniel
Chairman

TO: Parren Smith
TDCJ #: 01542797 HSJI 11B
UNIT: 6L

FROM: Office of the Independent Ombudsman        SUBJECT: Inmate Correspondence

Your correspondence has been received and reviewed by this office and a response is indicated below. Contact the warden, major, chief of classification, or a security officer for issues you deem as an emergency. If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.

☐ Your correspondence was received at the Office of the Independent Ombudsman and has been forwarded to Unit Administration for further review.

☒ You must utilize the Offender Grievance Procedure to address your concerns. Use both steps of the grievance procedure in order to exhaust the administrative remedies available to you.

☐ Your Step 1 grievance(s) was properly screened.

☐ This issue is currently being addressed by unit officials. Grievance # _____ is under review at Step1/Step 2.

☐ Records indicate that Step 1/Step 2 Grievance # _____ is closed.

☐ No other administrative remedies are available to you regarding the issue(s). The issue(s) has been reviewed at both Step1 & Step 2 of the grievance procedure and does not rise to the level of further review.

☐ Records indicate that Grievance # _____ was returned to you on _____.

☐ This issue was addressed in grievance # _____.

☐ This issue(s) is outside the oversight of the Texas Department of Criminal Justice.

☐ See attachment of the appropriate department(s).

TBCJ - Office of the Independent Ombudsman
PO Box 99
Huntsville, Texas 77342-0099
Office (936) 437-5624 · Fax (936) 437-4930
ombudsman@tdcj.texas.gov

\* THIS IS A FRIVILOUS AND VERY USELESS PIECE OF PAPER THAT THE OMBUDSMAN DEPT. SENT ME WHEN THEY ALSO REFUSED TO ASSIST ME WITH THIS MATTER REGARDING SEVERAL OF MY GRIEVANCES DISAPPEARING, MY PAROLE, AND THE RETALIATION ISSUES.

*[signature]*

Lewis Unit
TDC# 1542797
Parren Smith
777 FM 3497
Woodville, TX. 75990

SHREVEPORT LA
17 JAN 2023 PM 1

United States Courts
Southern District of Texas
FILED

JAN 19 2023

Nathan Ochsner, Clerk of Court

United States District Court
(Southern District)
Houston Division
P.O. Box 61010
Houston, TX. 77208