United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PARREN SMITH, § | |
| TDCJ # 01542797, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-0296 |
| § | |
| TEXAS DEPT. OF CRIMINAL JUSTICE, § | |
| § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Plaintiff Parren Smith, an inmate in the Texas Department of Criminal Justice–Correctional Institutions Division, filed this case on January 19, 2023. On January 27, 2023, the Clerk issued a notice of deficient pleading and instructed Smith to submit (1) an amended complaint on the Court's form, and (2) the $402 filing fee or an application to proceed *in forma pauperis*, accompanied by an inmate trust-fund account statement for the six-month period preceding his complaint. The notice warned the plaintiff that, if he failed to comply on time, his case could be dismissed under Federal Rule of Civil Procedure 41(b). Stevens' deadline for compliance was February 27, 2023.

On February 21, 2023, Smith submitted a letter stating he had received the notice of deficient pleading and had previously submitted a complaint and the filing fee (Dkt. 7). On February 23, 2023, the Clerk informed him that no fee had been received and sent him a copy of the docket sheet (Dkt. 8).

To date, Smith has not submitted the fee or any documents listed in the notice of deficient pleading. Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes compliance with all of the court's previous instructions.

The court orders that this case is **DISMISSED without prejudice**. All pending motions are **DENIED as moot**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on      March 31      , 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE